**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1092**

_____

BANORO GARRETT,

Plaintiff – Appellant,

v.

THE NORFOLK POLICE DEPARTMENT; THE NORFOLK SHERIFF'S OFFICE; THE CITY OF NORFOLK; LIEUTENANT R. H. WEILER; SERGEANT R. D. LEWIS; OFFICER D. A. PACIFICO; OFFICER H. G. WHITE; ROBERT J. MCCABE; LIEUTENANT BONILLA; SERGEANT G. SNYDER; DEPUTY TAYLOR; M/DEPUTY A. MEARS; L. WILLIS; P. BELL; J. CUMMINS, L.P.N.; J. KIDD; DARRELL HILL,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (2:12-cv-00295-RAJ-LRL)

_____

Submitted: March 28, 2013            Decided: April 2, 2013

_____

Before NIEMEYER, KING, and KEENAN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Banoro Garrett, Appellant Pro Se. Lisa H. Leiner, HARMAN, CLAYTOR, CORRIGAN & WELLMAN, Richmond, Virginia; Melvin Wayne Ringer, CITY ATTORNEY'S OFFICE, Norfolk, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Banoro Garrett seeks to appeal the district court's order dismissing some Defendants from his 42 U.S.C. § 1983 (2006) action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Garrett seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED